ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-13-CB Mortgage Pass Through Certificates, Series 2005-13-CB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-13CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-13CB<br><br>Plaintiff,<br>vs.<br>SATICOY BAY LLC SERIES 6773 GRANITE RIVER<br><br>Defendant. | Case No.: 2:18-cv-217-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO SATICOY BAY LLC SERIES 6773 GRANITE RIVER'S MOTION TO DISMISS**<br><br>[FIRST REQUEST] |

Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-13-CB Mortgage Pass Through Certificates, Series 2005-13-CB (**BoNYM**) and Defendant Saticoy Bay LLC Series 6773 Granite River (**Saticoy**) stipulate as follows:

1. Saticoy filed its motion to dismiss complaint on April 4, 2018. [ECF No. 7]. BoNYM's response is currently due on April 18, 2018.

44924599;1

2. The parties hereby stipulate and agree that BoNYM shall have twenty-one (21) additional days to file its response. The new deadline for BoNYM to file its response to Saticoy's motion to dismiss is **May 9, 2018**.

3. This is the first request for an extension of this deadline and is not made for purposes of undue delay.

Dated April 16, 2018

| **AKERMAN LLP** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ, LTD.** |
|---|---|
| /s/ Tenesa S. Powell<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA S. POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-13-CB Mortgage Pass Through Certificates, Series 2005-13-CB* | /s/ Michael F. Bohn<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No.<br>376 East Warm Springs Road Suite 140<br>Las Vegas, NV 89117<br><br>*Attorney for*<br>*Saticoy Bay LLC Series 6773 Granite River* |

## ORDER

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: April 18, 2018

44924599;1