ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-13-CB Mortgage Pass Through Certificates, Series 2005-13-CB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-13CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-13CB<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 6773 GRANITE RIVER<br><br>Defendant. | Case No.: 2:18-cv-217-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO SATICOY BAY LLC SERIES 6773 GRANITE RIVER'S MOTION TO ALTER OR AMEND JUDGMENT**<br><br>[FIRST REQUEST] |

Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-13-CB Mortgage Pass Through Certificates, Series 2005-13-CB (**BoNYM**) and Defendant Saticoy Bay LLC Series 6773 Granite River (**Saticoy**) stipulate as follows:

1. Saticoy filed its motion to alter or amend judgment on January 31, 2019, 2018. [ECF No. 27]. BoNYM's response is currently due on February 14, 2019.

47863219;1

2. The parties hereby stipulate and agree that BoNYM shall have fourteen (14) additional days to file its response. The new deadline for BoNYM to file its response to Saticoy's motion to dismiss is **March 7, 2019**.

3. This is the first request for an extension of this deadline and is not made for purposes of undue delay, but to allow counsel additional time to meaningfully respond to the arguments raised in the motion to alter.

Dated February 14, 2019.

| **AKERMAN LLP** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ, LTD.** |
|---|---|
| */s/ Tenesa S. Powell* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> TENESA S. POWELL, ESQ. <br> Nevada Bar No. 12488 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-13-CB Mortgage Pass Through Certificates, Series 2005-13-CB* | */s/ Michael F. Bohn* <br> MICHAEL F. BOHN, ESQ. <br> Nevada Bar No. 1641 <br> 2260 Corporate Circle, Suite 480 <br> Henderson, NV 89074 <br><br> *Attorney for* <br> *Saticoy Bay LLC Series 6773 Granite River* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: February 14, 2019

47863219;1