MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No.: 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Suite 480
Henderson, NV 89074
(702) 642-3113/ (702) 642-9766 FAX

Attorney for defendant Saticoy Bay LLC Series
6773 Granite River

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-13CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-13CB,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 6773 GRANITE RIVER,<br><br>Defendants. | CASE NO.: 2:18-cv-00217-JCM-VCF |

## **STIPULATION AND ORDER FOR DISMISSAL**

It is hereby stipulated and agreed, by and between the plaintiff The Bank of New York Mellon Fka the Bank of New York, as Trustee for the Certificateholders Cwalt, Inc., Alternative Loan Trust 2006-23CB, Mortgage Pass-through Certificates, Series 2006-23CB, by and through it's attorney Tenesa S. Powell, Esq. And defendant Saticoy Bay LLC Series 6773 Granite River, by and through its attorney, the Law Offices of Michael F. Bohn, Esq., Ltd., that this case shall be dismissed with each party

/ / /

/ / /

1

1 | to bear its own attorneys fees and costs.

2 | DATED this <u>30th</u> day of January, 2020

| | |
|---|---|
| AKERMAN, LLP | LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ., LTD. |
| By: /s/ Tenesa S. Powell, Esq.<br>   Tenesa S. Powell<br>   1635 Village Center Circle, Suite 200<br>   Las Vegas, NV 89134<br>   Attorney for plaintiff The Bank of New York Mellon Fka the Bank of New York, as Trustee for the Certificateholders Cwalt, Inc., Alternative Loan Trust 2006-23CB, Mortgage Pass-through Certificates, Series 2006-23CB | By: /s/ /Michael F. Bohn, Esq.<br>   Michael F. Bohn, Esq.<br>   Adam R. Trippiedi, Esq.<br>   2260 Corporate Circle, Suite 480<br>   Henderson, Nevada 89074<br>   Attorney for defendant Saticoy Bay LLC Series 6773 Granite River |

IT IS SO ORDERED January 31, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

By: /s/ /Michael F. Bohn, Esq. /
   Michael F. Bohn, Esq.
   Adam R. Trippiedi, Esq.
   2260 Corporate Circle, Suite 480
   Henderson, Nevada 89074
   Attorney for defendant
   Saticoy Bay LLC Series 6773 Granite River